AO 442 (Rev 01/09) Arrest Warrant

FID 11719019

# UNITED STATES DISTRICT COURT

for the

District of Columbia

RECEIVED
By USMS District of Columbia District Court at 12:12 pm, Sep 20, 2024

United States of America
v.

WALTER JAMES

*Defendant*

Case: 1:24-cr-00426
Assigned To : Judge Beryl A. Howell
Assign. Date : 9/19/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* WALTER JAMES
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 249(a)(1) (Hate Crime Act)

Date: 09/19/2024

2024.09.19 16:16:53 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* 9/20/24, and the person was arrested on *(date)* 9/25/24
at *(city and state)* DC

Date: 9/25/24

*Arresting officer's signature*

Trejo 31634

*Printed name and title*