UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER JAMES,<br><br>Defendant. | Criminal Case No. 24-cr-426 (BAH)<br><br>Judge Beryl A. Howell |

FILED
JAN 15 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### VERDICT FORM

With respect to the offense of willfully causing bodily injury to a person because of the actual or perceived religion of that person, in violation of Title 18, United States Code, Section 249(a)(1), we, the members of the jury, unanimously find defendant Walter James:

　　　　　　　__X__ NOT GUILTY　　　　____ GUILTY

DATE/TIME: 1/15/2025 3:48　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　FOREPERSON'S SIGNATURE