AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

WALTER JAMES

## JUDGMENT OF ACQUITTAL

CASE NUMBER: CR 24-426-01 (BAH)

FILED

JAN 15 2025

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

BERYL A. HOWELL — U.S. DISTRICT JUDGE

Name of Judge — Title of Judge

1/15/2025

Date